IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | No. 3:10-cr-00138 |
| v. | ) | Judge Nixon |
| | ) | |
| DARIN LEE MCALLISTER | ) | |

## ORDER

Pending before the Court is the United States' Motion to Dismiss Count 16 ("Motion"), in which the Government indicates that a dismissal without prejudice of Count 16 (the only one of nineteen counts on which there was a mistrial) would serve the ends of justice. (Doc. No. 108.) The Motion is hereby **GRANTED**, and Count 16 of the Indictment is **DISMISSED without prejudice**.

It is so ORDERED.

Entered this the ____5th____ day of May, 2011.

JOHN T. NIXON, SENIOR JUDGE
UNITED STATES DISTRICT COURT